IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THAD EVERETT DELAUGHTER                                    PLAINTIFF

V.                          CIVIL ACTION NO. 1:14cv18-LG-JMR

RONALD WOODALL et. al.                                     DEFENDANTS

---

ANSWER TO THE COURTS ORDER
DOCUMENT NUMBER ELEVEN (11)

---

COMESNOW, Thad Everett Delaughter, Plaintiff, pro-se. and answers this courts order doc. no. 11 and for good cause will show the following to wit:

1. Whether he is claiming that the State of Mississippi discriminated against him based on his disibility?

1.

<u>Answer</u>: Thad Everett Delaughter has been physically disabled for the last 20 years, suffering from rheumatoid arthritis. In 1992 Delaughter had Bi-lateral hip replacement surgery, that is, of both hips.

Around the year 2000 Delaughter had both knees totally replaced. It's fair to say that due to a <u>broken</u> hip failure Delaughter is disabled because of. This hip replacement reconstructive surgery is exspensive and the State of Mississippi is discriminating against Delaughter's hip replacement surgery being that this particular needed surgery is more costly than the average hernia. The State of Mississippi employs Wexford health by and thru the mississippi department of corrections. So if Delaughter needed a minor surgery wexford health would pay, but since his is so exspensive, they discriminated against his type of injury being that its so costly.

Delaughter is a lifelong resident of the State of Mississippi and now incarcerated in their hands and the State owes him equal treatment for his injury, and is violative of the cruel and unusual punishment Amendment to allow Delaughter

2.

to live and suffer daily in constant pain.

Wherefore premisis, considered, Thad Everett Delaughter respectfully request and prays that this Honorable Court will accept his response allowing this cause of action to promptly move forward,

Respectfully submitted

/s/ Thad Delaughter

3.

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be mailed via United States mail, postage pre-paid, a true and correct copy of the above and foregoing response to order requiring plaintiff to respond to:

Clerk, U.S. District Court
Southern Division
2012 15th Street Suite 403
Gulfport Mississippi 39501

So certified, this the 27 day of February, 2014

/s/ Thad Delaughter
Thad Everett Delaughter
#122083 SMCI
P.O. Box 1419
Leakesville Ms. 39451

4.