IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THAD EVERETT DELAUGHTER | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No.1:14cv18-JCG |
| | § | |
| RONALD WOODALL, MICHAEL | § | DEFENDANTS |
| HATTEN & STATE OF MISSISSIPPI | § | |

# FINAL JUDGMENT

In accord with the Memorandum Opinion and Order Granting the Motion for Summary Judgment [79] filed Defendant Dr. Ronald Woodall, and the Memorandum Opinion and Order Granting the Motion for Summary Judgment [81] filed by Michael Hatten and the State of Mississippi, both entered this day, final judgment is hereby entered pursuant to Federal Rule of Civil Procedure 58. All of Plaintiff Thad Everett Delaughter's claims are dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed.

**SO ORDERED** this the 18th day of March, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE