UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Dec 15 2021
ARTHUR JOHNSTON, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THAD EVERETT DELAUGHTER                   PLAINTIFF

V.                            CIVIL ACTION NO. 1:14-cv-00018-RHWR

MICHAEL HATTEN and

GLORIA PERRY                          DEFENDANTS

---

## VERDICT FORM

### PART I:

**Question Number One:**

    Has Plaintiff Thad Everett Delaughter proven by a preponderance of the evidence that Defendant Michael Hatten was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment, resulting in substantial harm to Delaughter?

        Yes   _____

        No   ✓

**Question Number Two:**

    Has Plaintiff Thad Everett Delaughter proven by a preponderance of the evidence that Defendant Gloria Perry was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment, resulting in substantial harm to Delaughter?

        Yes   ✓

        No   _____

*If you answered yes to either Question Number One or Question Number Two, please proceed to Question Number Three. If you answered no to both Question Number One and Question Number Two, please skip Question Number Three and proceed to Part II.*

**Question Number Three:**

What sum of money do you find by a preponderance of the evidence, if paid now in cash, would fairly and reasonably compensate Plaintiff Thad Everett Delaughter for the damages you have found Defendant's or Defendants' wrongful conduct caused Plaintiff Thad Everett Delaughter? If Plaintiff has not proven compensatory damages, then you may award nominal damages in the amount of $1.00.

Answer in dollars and cents:

$ 382,000.00

**Question Number Four:**

For each Defendant to whom you answered "Yes" to Question Number One, in addition to compensatory damages, you may, but are not required to, award punitive damages. Do you find that Plaintiff Thad Everett Delaughter has proven by a preponderance of the evidence that punitive damages should be assessed against either Defendant?

| | | | | |
|---|---|---|---|---|
| Defendant Michael Hatten | Yes | _____ | No | ✓ |
| Defendant Gloria Perry | Yes | _____ | No | ✓ |

If you answered "no" as to each Defendant, the foreperson should proceed to Part II and sign the verdict form and should not answer Question Number Five. If you answered "yes" as to either Defendant, proceed to Question Number Five.

**Question Number Five:**

What is the amount of punitive damages to be assessed against either Defendant. List only the Defendant or Defendants you find liable for punitive damages.

Defendant _____ is assessed $ _____ in punitive damages.

Defendant _____ is assessed $ _____ in punitive damages.

*Please proceed to Part II.*

## PART II:

## FINALIZATION OF THE VERDICT FORM

*Please date and sign below:*

_____Dec 15, 2021_____          _____/_____
Dated                                                                              Foreperson