IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THAD EVERETT DELAUGHTER**                                              **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 1:14-cv-00018-RHWR**

**MICHAEL HATTEN,**
**GLORIA PERRY, and**
**DONALD FAUCETT**                                                        **DEFENDANTS**

## FINAL JUDGMENT

The claims of Plaintiff Thad Everett Delaughter against Defendants Michael Hatten and Gloria Perry in their individual capacities came on for trial before the Court on December 14, 2021, and concluded on December 15, 2021, with the Honorable Robert H. Walker, United States Magistrate Judge, presiding. The jury heard the evidence and argument of counsel, received jury instructions, and completed a Verdict Form.

The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Delaughter against Defendant Dr. Gloria Perry. The jury awarded $382,000.00 in compensatory damages against Dr. Perry, in her individual capacity and no punitive damages. The jury unanimously concluded in favor of Defendant Michael Hatten, in his individual and official capacities. In accordance with the Memorandum and Opinion entered this date, prospective injunctive relief is warranted against Defendant Donald Faucett.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Delaughter is awarded a judgment against Defendant Gloria Perry, in her individual capacity, in the amount of $382,000.00, plus post-judgment interest at the current

prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**IT IS, FURTHER, ORDERED** that, Delaughter's claims against Defendant Michael Hatten, in his individual and official capacity, are **DISMISSED WITH PREJUDICE.**

**IT IS, FURTHER, ORDERED** that, Delaughter's request for prospective injunctive relief against Defendant Dr. Donald Faucett, in his official capacity, as successor to Defendant Dr. Gloria Perry, is **GRANTED**.

**IT IS, FURTHER, ORDERED** that, Delaughter is entitled to the following prospective injunctive relief against Defendant Dr. Faucett: Dr. Faucett must obtain and coordinate Delaughter's total hip revision, and Dr. Faucett must ensure that his office keeps detailed records of any action taken to obtain and coordinate Delaughter's total hip revision and present them to the Court every three weeks, unless otherwise excused, until Delaughter's total hip revision and post-surgical treatment is completed.

**IT IS, FURTHER ORDERED** that, Delaughter's counsel is entitled to reasonable attorney's fees and costs and shall submit a motion for attorney's fees to the Court on or before May 2, 2022.

**IT IS, FURTHER ORDERED** that, this final judgment shall close the case.

**SO ORDERED AND ADJUDGED,** this the 31st day of March 2022.

*s/ Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE