IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THAD EVERETT DELAUGHTER                                                                      PLAINTIFF

VS.                                                              CIVIL ACTION NO. 1:14-CV-18-RHWR

RONALD WOODALL, et al.                                                                      DEFENDANTS

### DEFENDANT'S RENEWED MOTION FOR JUDGEMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL

COMES NOW, Defendant Gloria Perry, M.D., by and through counsel, and files her Renewed Motion for a Judgment as a Matter of Law or, in the Alternative, for a New Trial, as to Plaintiff's claims submitted to the jury in accordance with Fed. R. Civ. P. 50(b) and 59(b).

Moving Defendant is entitled to a judgment as a matter of law, as the jury lacked a legally sufficient evidentiary basis to find for the Plaintiff and award him damages. In the alternative, this Court should order a new trial in this matter, as the verdict is against the weight of the evidence and the jury was not properly instructed on the issues of qualified immunity and respondeat superior, notwithstanding Defendants' proposed instructions and objections, or a remittitur, as the damage award of $382,000 is excessive in light of the evidence and testimony.

For all of the reasons outlined in Defendant's accompanying Memorandum, Defendant Perry respectfully requests that this Court grant its Renewed Judgment as a Matter of Law, or in the alternative, a New Trial or Remittitur.

Respectfully submitted, this the 28th day of April 2022.

1

**GLORIA PERRY, M.D., in her individual capacity,** *Defendant*

**LYNN FITCH**
Attorney General of Mississippi

**BY:** */s/Brittney S. Eakins*
Special Assistant Attorney General
Mississippi Bar No. 105931
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3807
E-mail: brittney.eakins@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which gave notice to all counsel of record.

This, the 28th day of April.

/s/ Brittney S. Eakins