# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**THAD EVERETT DELAUGHTER**                                               **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 1:14-cv-00018-RHWR**

**RONALD WOODALL, et al.**                                               **DEFENDANTS**

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL

The Plaintiff, Thad Everett Delaughter, submits his Response in Opposition to *Defendant's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial*, [Doc. 244, 245], stating as follows:

For the reasons articulated in the accompanying *Memorandum Brief*, Defendant Gloria Perry, M.D. is not entitled to judgment as a matter of law, a new trial, or a remittitur. First, the evidence presented at trial is legally sufficient to support the jury's verdict. Second, the jury's verdict is not against the great weight of the evidence. Third, the jury was properly instructed. Fourth, the jury's award is not excessive and is supported by substantial evidence. And fifth, the maximum recovery rule is not implicated in this case. Accordingly, Dr. Perry's Motion should be denied *in toto*.

**RESPECTFULLY SUBMITTED**, this the 19th day of May, 2022.

                                                    **THAD EVERETT DELAUGHTER, PLAINTIFF**

                                                    By:     /s/ Christopher Smith
                                                                   CHRISTOPHER SMITH

# **CERTIFICATE OF SERVICE**

I, Christopher Smith, of the law firm of Smith & Holder, PLLC, hereby certify that I have this day filed this *Response in Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, a New Trial*, with the Clerk of Court using the ECF system, which served a copy on all counsel of record.

SO CERTIFIED, this the 19th day of May, 2022.

/s/ Christopher Smith
CHRISTOPHER SMITH

Christopher Smith (MSB# 104366)
G. Morgan Holder (MSB# 104131)
SMITH & HOLDER, PLLC
1720 22nd Avenue (39501)
Post Office Box 1149
Gulfport, MS 39502-1149
Telephone: (228) 206-7076
Facsimile: (228) 284-1870
Email: chris@smithholder.com
         morgan@smithholder.com