IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THAD EVERETT DELAUGHTER                                             PLAINTIFF

VS.                                           CIVIL ACTION NO. 1:14-CV-18-BWR

RONALD WOODALL, *et al.*                                       DEFENDANTS

<u>STATUS REPORT NO. 27</u>

COMES NOW, Defendant Dr. Donald Faucett[1], in his official capacity, and submits his twenty-seventh status report as required by the Court's March 31, 2022, and April 10, 2023, orders and would show unto the Court as follows:

<u>Status Report No. 10: through April 14, 2023</u>

1. Dr. Faucett previously filed nine status reports and supporting medical records outlining Delaughter's medical treatment related to his hips. Relevant medical records relating to Delaughter's treatment since the ninth status report are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 10 - 0001 through STATUS REPORT 10 - 0094."

2. As reflected in prior reports and medical records, Delaughter had an antibiotic spacer place in his right hip in March 2022 to help eradicate any possible infection in preparation for hip revision surgery.

---

[1] As of July 15, 2022, Dr. Faucett is no longer the Chief Medical Officer of the Mississippi Department of Corrections. Under Fed. R. Civ. P. 25(d), his replacement will be automatically substituted in his place. See Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party…").

3.      In May 2022 Dr. Izuchukwu K. Ibe performed a second-stage revision of the right total hip arthroplasty. The surgery went well and post-surgical tests were negative for any infection.

4.      In August 2022 Dr. Ibe performed a revision of the left total hip replacement. During this surgery, Delaughter "sustained a fracture of the left femur which required Open reduction internal fixation left femur." (STATUS REPORT 10 – 0083). After the surgery, Delaughter was discharged to a skilled nursing facility.

5.      In September 2022, Dr. Ibe saw Delaughter for follow-up and noted that he was "doing well post operatively on his right side." (STATUS REPORT 10 – 0088). Along with Delaughter continuing physical therapy and pain control as needed, Dr. Ibe also planned to get imaging of Delaughter's left femur to ensure the intra-operative fracture of the femur was healing properly.

6.      In December 2022 Delaughter saw Dr. Chibuzo Akalonu at the University of Mississippi Medical Center. Dr. Akalonu noted that Delaughter was "doing well ambulating with no assistive devices most of the time" and that his "severity of pain is described as none." (STATUS REPORT 10 – 0002). Dr. Akalonu chose not refill pain medication and noted that physical and occupational therapies were "not indicated." *Id.* Hip x-rays revealed the "bilateral hip total arthroplasty revisions" and the "lateral fixation plate in the left femur" were "intact." *Id.* Additionally, the "[a]lignments were unchanged" and "[n]o new abnormality" was noted. *Id.* Dr. Akalonu indicated that Delaughter was to follow-up "PRN," or as necessary. *Id.*

7. In early March 2023 Delaughter submitted a Medical Service Request Form explaining that needs to see a doctor about his "left leg." (STATUS REPORT 10 – 0077). During his visit to the nurse, Delaughter indicated that his left hip had been popping and hurting and that it felt "like something loose." (STATUS REPORT 10 – 0049). As a result of this complaint, Delaughter's pelvis and left knee were x-rayed. "No acute fracture or dislocation" were noted in these areas and it was concluded there were no acute osseous abnormalities. (STATUS REPORT 10 – 0027). The radiologist did, however, recommend "close interval follow-up if symptoms continue to persist or progress to exclude a subtle or occult fracture which may be more apparent on follow-up evaluation." *Id.*

<u>Status Report No. 11: six week period between April 14, 2023 – May 26, 2023</u>

8. Since the last report, Delaughter has continued to receive follow-up treatment related to his hip replacements as indicated in the relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 11 - 0001 through STATUS REPORT 11 - 0066."

9. On April 13, 2023, x-rays of Delaughter's left femur were performed. The radiologist found there was "[n]o acute fracture or dislocation" of the femur and the "osseous structures show femoral fixation hardware transfixing the prior fracture present." (STATUS REPORT 11 – 0016).

10. On May 12, 2023, a new set of bilateral hip x-rays were performed and, like the March 2023 bilateral hip x-rays, the radiologist found "[n]o acute fracture or dislocation" noted in these areas and it was concluded there are no acute osseous

abnormalities. (STATUS REPORT 11 – 0018). The radiologist again recommended "close interval follow-up if symptoms continue to persist or progress to exclude a subtle or occult fracture which may be more apparent on follow-up evaluation." *Id.*

11. Finally, according to a doctor's note related to a May 18, 2023, routine follow-up appointment, Delaughter has an upcoming appointment with an orthopedic specialist on May 30, 2023.

### Status Report No. 12: six week period between May 27, 2023 – July 7, 2023

12. Since the last report, Delaughter has continued to receive treatment related to his hip replacements as indicated in the relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 12 - 0001 through STATUS REPORT 12 - 0181."

13. On May 30, 2023, Delaughter was seen by orthopedist Dr. John Speca with Delta Medical Group. (STATUS REPORT 12 – 0153 through 155). According to Dr. Speca's notes, Delaughter reported to him that he hears "[p]lastic sounds and "[g]ets metallic sound in his hip." (STATUS REPORT 12 – 0153). Dr. Speca notes that Delaughter reported that the "acetabulum is sitting down on the femoral head and his hip is dislocated" but Dr. Speca has "no x-rays of that." *Id.*

14. Dr. Speca notes that Delaughter "presents a complex problem due to his hips and his rheumatoid arthritis." (STATUS REPORT 12 – 0154). According to Dr. Speca, Delaughter's "hip needs to be stabilized and reduced if it all possible before doing a revision of a total knee." *Id.* After considering possible options related to the hip and knee, and discussing some of these options with Delaughter, Dr. Speca

concluded that "to simplify things" he felt Delaughter "should return to the University in Jackson for more definitive care for his left hip." *Id.*

15. During a routine follow-up on June 1, 2023, Delaughter reported to Dr. Del Castillo that he was told by Dr. Speca that "he needs another surgery in the left knee but he will refer him to Dr. [Ibe] before he will do the operation on his left knee." (STATUS REPORT 12 – 0033).

16. As of June 20, 2023, Delaughter was informed during a sick call visit that "Ms. Thomas has already submitted his papers, the referral made by Dr. Speca for the patient to see Dr. [Ibe]" and that "according to Ms. Thomas she stated that UMMC were working on it." (STATUS REPORT 12 – 0022).

**Status Report No. 13: six week period between July 8, 2023 – August 18, 2023**

17. Since the last report, Delaughter has continued to receive treatment related to his hip replacements as indicated in the relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 13 - 0001 through STATUS REPORT 13 - 0025."

18. On August 4, 2023, Delaughter returned from a specialty service appointment at the University of Mississippi Medical Center in Jackson. (STATUS REPORT 13 – 0007). Delaughter informed staff that he "will have to have surgery" and that he needed a CT scan and for the surgery to be arranged. *Id.*

19. According to an August 10, 2023, provider outside record review Delaughter is scheduled for surgery on "8/24/2023, patient will pre-admit day prior 8/23/23 for full work-up." (STATUS REPORT 13 – 0002).

<u>Status Report No. 14: six week period between Aug. 19, 2023 – Sept. 29, 2023</u>

20. Since the last report, Delaughter has continued to receive treatment related to his hip replacements, including a recent revision of his left hip femoral component, and as indicated in the relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 14 - 0001 through STATUS REPORT 14 - 0199."

21. On August 23, 2023, Delaughter presented at UMMC for preoperative admission. It was noted that Delaughter "recently had a right total hip 2 stage revision by Dr. Ibe on 3/18/22 and 5/18/22 and a left revision hip 8/24/22." (STATUS REPORT 14 – 0171). Notes indicate Delaughter was "complaining of left distal thigh pain over the past few months" which had been "worsening" and was "worse with ambulation and activity." (STATUS REPORT 14 – 0171). Delaughter also reported that he felt "his left leg is shorter than his right." (STATUS REPORT 14 – 0171). Delaughter's pre-operative diagnosis was "prosthethic joint loosening." (STATUS REPORT 14 – 0177). Dr. Ibe noted in "indication for surgery" that imaging for the left hip "showed concern for loosening of his femoral implant" and after discussing options Delaughter elected to go forward with another surgery. (STATUS REPORT 14 – 0177).

22. On August 25, 2023, after a revision of the left femur on August 24, Delaughter was "discharged back to MSP infirmary" for oral antibiotic regimen, pain management, DVT prophylaxis, monitoring of wound and wound vac drainage, pain management, and physical therapy. (STATUS REPORT 14 – 0035).

23. On September 8, 2023, Delaughter returned to UMMC for a post-op visit. (STATUS REPORT 14 – 0111). Dr. Rowdy noted Delaughter was "2 weeks postop status post left total hip femoral component revision to a shorter stem" and that Delaughter was "doing well today" and his "severity of pain is described as minimal." (STATUS REPORT 14 – 0111). During that visit Delaughter was "[a]mbulating without difficulty" and had "[n]o new complaints today." (STATUS REPORT 14 – 0111).

Status Report No. 15: six week period between Sept. 30, 2023 – Nov. 10, 2023

24. Since the last report, Delaughter has continued to receive treatment related to his hip replacements, including a revision of the left hip femoral component on August 24, 2023, and as indicated in the relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 15 - 0001 through STATUS REPORT 15 - 0054."

25. After Delaughter's follow-up with Dr. Ibe on September 8, 2023, Delaughter was to return to UMMC on October 20, 2023. (STATUS REPORT 15 – 0031; STATUS REPORT 15 – 0015). This appointment was cancelled and Delaughter was rescheduled for the next week. (STATUS REPORT 15 – 0015). Delaughter returned from an October 27, 2023, visit to UMMC and stated that the doctor "said he was going to give my hip 4 to 6 weeks to heal and then will set me up to do my left knee." (STATUS REPORT 15 – 0010). Delaughter's next appointment with Dr. Ibe is scheduled for January 9, 2024, at UMMC. (STATUS REPORT 15 – 0006).

Status Report No. 16: six week period between Nov. 11, 2023 – Dec. 22, 2023

26. Since the last report, Delaughter has continued to receive medical care, including treatment related to his joints and arthritis, as indicated in the relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 16 - 0001 through STATUS REPORT 16 - 0046."

27. At the time of Status Report 15, MDOC did not yet have records from Delaughter's October 27, 2023, visit to UMC, but these have since been provided by UMC and are included in this batch of records. (STATUS REPORT 16 - 0038 through STATUS REPORT 16 – 0043). During that visit "for follow-up for his left hip and evaluation of his left knee" it was noted that Delaughter's "left hip is doing substantially better since surgery." (STATUS REPORT 16 – 0038). The doctor noted that "[i]f he continues to do well [with] his hip will discuss surgical intervention for his left knee which would include a revision procedure." *Id*. The doctor's plan at the end of the visit was "[n]o precautions the left hip at this time," [f]ollow-up in 10 weeks," and that they "would discuss revision left total knee at that time as well as obtain preoperative labs." (STATUS REPORT 16 – 0039).

28. During Delaughter's November 16 visit with Dr. Del Castillo, it was noted that Delaughter has a "pending appointment next year 1/9/2024 to see Ortho Dr. Ibe." (STATUS REPORT 16 – 0022). Hopefully at that time Dr. Ibe will conclude that Delaughter's left hip is at maximum improvement and will move forward with the revision of the left knee.

Status Report No. 17: six-week period between Dec. 22, 2023 – Feb. 2, 2024

29. Since the last report, Delaughter has continued to receive medical care, including treatment related to arthritis and joint pain in his hips, knee and hands, as indicated in the relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 17 - 0001 through STATUS REPORT 17 - 0084."

30. On January 9, 2024, Delaughter was seen by his orthopedic surgeon, Dr. Ibe. Currently MDOC has not received the records of this visit. However, Delaughter was evaluated upon return from his appointment. The notes from this encounter indicate that Delaughter stated that the offsite medical visit was uneventful. (STATUS REPORT 17 – 0010). Delaughter also stated "They said they are releasing me from my surgery and put in a referral for my hand." *Id.* Delaughter had no complaints. *Id.* Dr. Ibe scheduled a follow up visit for 6 months. (STATUS REPORT 17 – 0015).

31. At this time, it is believed that Dr. Ibe released Delaughter from further treatment to his left hip, though this will not be known until those records are received. Currently, Delaughter is scheduled to receive treatment with a rheumatologist, Dr. Cathy Lee Ching, at the University Pavilion on February 21, 2024. (STATUS REPORT 17 – 0006).

Status Report No. 18: six-week period between February 2, 2024 – March 15, 2024

32. Since the last report, Delaughter has continued to receive medical care, including treatment on February 21, 2024, at UMMC with Dr. C Lee Ching, MD, a rheumatologist. His complaints currently are for pain in his knee and hands. The

relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 18 - 000001 through STATUS REPORT 18 - 000072."

34. Currently, it is believed that Delaughter has finished treatment for his hips. He has been referred for an offsite visit for possible hand surgery. STATUS REPORT 18 – 000006. In addition to his hands, Delaughter's complaints pertain to his left knee and his shoulders for which he saw the rheumatologist, Dr. Ching. After his last visit, Dr. Ching prescribed him several new medications, Prednisone, Methotrexate, and Folic Acid. STATUS REPORT 18 – 000060. He is scheduled to return to Dr. Ching on March 20, 2024. He has been referred for an offsite visit for possible hand surgery. STATUS REPORT 18 – 000011-000017.

33. In the previous status report, Defendant identified a medical visit that Delaughter had with his orthopedic surgeon, Dr. Ibe, on January 9, 2024. Defendant has now received a copy of the medical record from that visit. STATUS REPORT 18 – 000063. This record indicates that Delaughter was able to ambulate without pain to the left femur and thigh area. According to Dr. Ibe, Delaughter was doing much better than his preoperative state and that he was happy with the results. His complaints at that time were no longer about his hip but rather his left knee. Dr. Ibe set a six month follow up to obtain x-rays of Delaughter's bilateral femurs and left knee. He also referred him for a hand evaluation. The MDOC records from that date indicate that Delaughter was cleared from his hip surgery. STATUS REPORT 18 – 000034.

**Status Report No. 19: six-week period between March 16, 2024 – April 25, 2024**

34. Since the last report, Delaughter has continued to receive outside medical care, including treatment on March 27, 2024, at UMMC with Dr. C Lee Ching, MD, a rheumatologist. On April 16, 2024, Delaughter saw Dr. Eric Waetjen at UMMC, who recommended and agreed to perform a right wrist arthroplasty, AIN/PIN neurectomy, open carpal tunnel, and Guyon's canal release. The relevant medical records which are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 19 - 000001 through STATUS REPORT 18 - 000053."

35. As noted, on March 27, 2024, Delaughter treated with Dr. C Lee Ching. At that time, Delaughter complained of pain and swelling in all joints that had not been previously repaired/replaced. STATUS REPORT 19 – 000043-51. Dr. Ching diagnosed Delaughter with rheumatoid arthritis involving multiple sites with positive rheumatoid factor as well as osteoarthritis in multiple joints. STATUS REPORT 19 – 000043-51. Dr. Ching prescribed duloxetine for osteoarthritis. For Delaughter's rheumatoid arthritis Dr. Ching prescribed methotrexate. STATUS REPORT 19 – 000043-51. Finally, Dr. Ching referred Delaughter to hand surgery for a possible finger arthroplasty. STATUS REPORT 19 – 000043-51.

36. On April 16, 2024, Delaughter treated with Dr. Waetjen. The notes from this encounter reveal that Delaughter suffers from severe degenerative arthritis of the wrist and digits with collapse of the wrist joint and translation. STATUS REPORT 19 – 000029-36. It is noted that these issues are on both wrists, but his right is worse than the left. Following his examination, Dr. Waetjen advised that Delaughter should consider a right wrist arthroplasty. STATUS REPORT 19 –

000029-36. Additionally, because Delaughter complained of constant numbness and tingling of the nerves in both hands, Dr. Waetjen recommended other surgical procedures, including AIN/PIN neurectomy, open carpal tunnel and Guyon's canal release. STATUS REPORT 19 – 000029-36. Delaughter agreed to go forward with the surgeries that will be scheduled for some future date.

37. While the medical records do not indicate Delaughter has any ongoing problems related to his hip revision surgery, Delaughter recently informed his attorney that he feels the hardware in his left femur may have come loose. This is the same area where Dr. Ibe had to go back and place a plate after Dr. Ibe broke the left femur during the left hip revision surgery. If it is determined that the hardware has come loose, then Delaughter may require further treatment to his left femur.

### Status Report No. 20: six-week period between April 25, 2024 – June 6, 2024

38. Since the last report, Delaughter has continued to receive outside medical care. These records are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 20 - 000001 through STATUS REPORT 20 - 000044."

39. On May 23, 2024, Dr. Marc Walker at UMMC performed surgery on Delaughter's right wrist. STATUS REPORT 20-OOOOO8 – 12. Currently, MDOC has not received the UMMC surgery records. The records from the prison, however, indicate that Delaughter did not suffer any complications during the surgery. STATUS REPORT 20-OOOOO8. Delaughter is scheduled to return to Dr. Walker for a follow-up on June 11, 2024. STATUS REPORT 20-OOOO35.

40. Delaughter's treatment for his rheumatoid arthritis is ongoing. On May 9, 2024, Delaughter received a shot of Yusimry, a biologic drug used to treat inflammation in the joints. The records indicate that he is to continue to receive the shot every two weeks. STATUS REPORT 20-OOOO14 – 18. Delaughter also continues to take Duloxetine daily, used to treat his osteoarthritis. STATUS REPORT 20-OOOO17.

41. In the previous report, it was noted that Delaughter felt that the hardware in his left femur had come loose and that he some diagnostic testing. Again, there are no medical records wherein Delaughter makes these complaints. Instead, in early May Delaughter complained that he had hit his left hip on his bed, causing a knot to form. STATUS REPORT 20-000019 – 20, 41. Delaughter was evaluated on May 3, 2024, provided ibuprofen, and told to apply ice to the knotted area and rest. STATUS REPORT 20-000019. There are no other mentions of left hip pain in Delaughter's medical records. Nor are there any indications that Delaughter will require further treatment to his hip/left femur in the future. Instead, all treatment appears to be related to Delaughter's upper body and extremities along with his chronic rheumatoid arthritis, for which he is receiving injections and medication. As noted, Delaughter has follow-up visit with Dr. Walker scheduled for June 11, 2024.

### Status Report No. 21: six-week period between June 6, 2024 – July 19, 2024

42. Since the last report, Delaughter had only one medical visit – a follow-up for his right wrist and hand surgery. These records are attached to this report as

Exhibit A and are Bates Stamped "STATUS REPORT 21 - 000001 through STATUS REPORT 21 - 000023."

43. On June 11, 2024, Delaughter returned to UMMC for a surgical follow-up. STATUS REPORT 21 – 000016-22. His only complaint at the time was numbness in his fingertips and the need for new gauze/dressing for his hand. *Id.* Delaughter stated that his pain was controlled. STATUS REPORT 21 – 000016. Delaughter was assured that the numbness would improve as the swelling continues to decrease. STATUS REPORT 21 – 000017. Delaughter's nurse advised that it would be ok to have his sutures removed at the prison and that the prison medical staff could also remove and re-wrap the surgical site. *Id.*

44. At this time, there are no records indicating that Delaughter is having any issues with his hip. Instead, all Delaughter's complaints and treatments deal with his upper body. He continues to take multiple medications and receive injections for his arthritis.

### Status Report No. 22: six-week period between July 19, 2024 – August 30, 2024

45. Since the last report, Delaughter has not had any outside medical visits though he continues to take medications for his arthritis, including methotrexate and Yusimry. These records are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 22 - 000001 through STATUS REPORT 22 - 000014."

46. As to his treatment within the prison – on August 20, 2024, Delaughter placed a sick call, requesting that the sutures from his May 2024 hand surgery be removed. STATUS REPORT 22 – 000003-000005, 000010. The sutures were

successfully removed and Delaughter has not received any further treatment. Nor has he made any further complaints. *Id.*

47. There are no new records indicating that Delaughter is having any issues with his hip. Instead, all Delaughter's complaints and treatments deal with his upper extremities. Currently, Delaughter's medical team is scheduling a follow up with Dr. Ibe to determine the status of his hip and whether Delaughter can be released from further orthopedic treatment. This is being done in conjunction with his currently set rheumatology and plastic surgery (hand/wrist) appointments. Once the orthopedic appointment occurs, the parties will be in a better position to address the future needs of this injunction.

Status Report No. 23: six-week period between August 30, 2024 – October 11, 2024

48. Since the last report, Delaughter had two outside medical visits – a new complaint regarding his right wrist and hand surgery on September 3, 2024 and a follow-up at UMMC for his hip surgery on September 27, 2024. The records for the wrist visit have been sent to MDOC and are summarized herein. The records for Delaughter's hip evaluation have not been received at this time, though MDOC has requested them expects to receive these soon. The records accompanying this status report are attached as Exhibit A and are Bates Stamped "STATUS REPORT 23 - 000001 through STATUS REPORT 23 - 000019."

49. As noted, on September 3, 2024, Delaughter was transported to UMMC where he was seen by Dr. Miriam Henry and Dr. Mark Walker for arthritis complaints in his right wrist in the area where he previously had surgery. STATUS

REPORT 23 – 000013-18. Namely, Delaughter complained about ongoing pain in his radial wrist/thumb. STATUS REPORT 23 – 000014. A fluoroscopy was performed to both wrists that showed the hardware from the previous surgery to be stable. STATUS REPORT 23 – 000017. However, there was evidence of severe arthritis in the right thumb base. *Id.* Delaughter's physicians discussed injections and surgery with him with Delaughter opting for neither at the time. STATUS REPORT 23 – 000013. Delaughter was advised to return if the arthritis became intolerable at which point they would discuss his options again. *Id.*

50. Also noted, Delaughter was transported to UMMC on September 27, 2024, for a follow-up regarding his hip surgery. STATUS REPORT 23 – 000005. These records have been requested by MDOC, though not received as of this date. Hopefully the records show that Delaughter has reached maximum medical improvement and that he has been released from his hip treatment. If this is the case, then presumably this injunction can be lifted. This update will be supplemented when those records are received.

Status Report No. 24: six-week period between October 11, 2024 – November 22, 2024

51. Delaughter did not have any outside medical treatment during the time between October 11, 2024 and November 22, 2024. A fully copy of his medical records are attached and bates stamped STATUS REPORT 24 – 000001 – 000082. The records from inside the prison show that on October 11, 2024, November 8, 2024 and November 13, 2024, Delaughter refused treatment. These refusals were for medicine necessary for treating his chronic arthritis. It is not known why Delaughter refused

these treatments and, without more, it does not appear he is following his physician's orders. STATUS REPORT 24 – 000006 – 000010.

52. Recently, counsel undersigned received the September 27, 2024, medical records from Dr. Ibe at UMMC (unavailable for the last report.). This visit was a follow-up for his previous hip surgery – the basis of this lawsuit. The records indicate state Delaughter had recent pain to his left thigh that had limited his ability to function. Dr. Ibe ordered x-rays that came back normal, showing the hip and knee (and implant) to be in a good position. The physical exam revealed some "tenderness palpation to the lateral aspect of the femur particularly to the subcutaneous region but not deep." STATUS REPORT 24 – 00023.

53. As a result of these complaints, Dr. Ibe has not released Delaughter from treatment. STATUS REPORT 24 – 00023. Instead, Dr. Ibe concluded that he would continue to monitor him with a "goal of closely evaluating his femoral component he has a history of loosening and lateral displacement of the previous femoral stem." *Id*. Dr. Ibe determined that if he continued to have pain, he would obtain a CT scan. *Id.* Dr. Ibe scheduled the next visit for six months, though earlier if Delaughter's symptoms persist. *Id.* Dr. Ibe concluded that he would take another X-ray during the next visit as well. *Id.*

54. Because Delaughter has not been released by Dr. Ibe, Defendant will continue to provide the Court updates on his treatment.

**Status Report No. 25: six-week period between November 22, 2024 – January 3, 2025**

55. Since the last report, Delaughter has not had any outside medical visits. He continues to take medications for his arthritis, including methotrexate and Yusimry. These records are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 25 - 000001 through STATUS REPORT 25 - 000024."

56. Within the prison, Delaughter had basic chronic care visit. During the visit on December 5, 2024, Delaughter indicated that he did not have any new symptoms and denied that he was in sort of pain. The physical assessment revealed normal results, with a stable diagnosis. Labs were also ordered and obtained on December 6, 2024. Delaughter was scheduled for a ninety-day follow-up chronic care visit. *See* STATUS REPORT 25 – 000019-21.

**Status Report No. 26: six-week period between January 3, 2025 – February 19, 2025**

57. Since the last report, Delaughter has not had any outside medical visits, nor submitted any sick call requests. He continues to take medications for his arthritis, including methotrexate and Yusimry. These records are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 26 - 000001 through STATUS REPORT 26 - 000008."

**Status Report No. 27: six-week period between February 19, 2025 - March 28, 2025**

58. Like the previous update, Delaughter has not had any outside medical visits, nor submitted any sick call requests to the MDOC medical provider. He continues to take medication for his arthritis. These records are attached to this report as Exhibit A and are Bates Stamped "STATUS REPORT 27 - 000001 through

STATUS REPORT 27 - 000007." The only change is that on March 5, 2025, Delaughter did refuse his chronic care appointment. STATUS REPORT 27 – 000006.

DATE: MARCH 28, 2025

DR. DONALD FAUCETT, in his official capacity only, *Defendant*

LYNN FITCH
Attorney General of Mississippi

*/s/ James H. Hall*
Special Assistant Attorney General
Mississippi Bar No. 100303
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3815
E-mail: james.hall@ago.ms.gov

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided notice to all counsel of record.

This, the 28th day of March 2025.

             */s/ James H. Hall*