IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THAD EVERETT DELAUGHTER                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 1:14-CV-18-BWR

RONALD WOODALL, et al.                                     DEFENDANTS

# PLACEHOLDER FOR EXHIBIT A TO

# [354] STATUS REPORT NO. 27

## MOTION TO FILE EXHIBIT UNDER RESTRICTION
## SUBMITTED ON MARCH 28, 2025,
## AT DKT. NO. 354.